UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY **CY** D.C.
05 JUN -9 PM 4:33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| LARRY JOHNSON,          ) | |
| )                       | |
| Plaintiff,              ) | |
| )                       | |
| vs.                     ) | Civil Action No.: 1:03-1232 –B/P |
| )                       | |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, et al.,     ) | |
| )                       | |
| Defendants.             ) | |

### AGREED ORDER HOLDING DEADLINES IN ABEYANCE

It appears to the satisfaction of the Court that the parties have agreed, as evidenced by the signatures of counsel for all parties below, that all deadlines be held in abeyance until after a scheduled Status Conference on June 24, 2005. This matter being agreeable with the Court, it is hereby,

**ORDERED**, that all current deadlines are held in abeyance until after the scheduled Status Conference on June 24, 2005.

Dated: this 9 day of June, 2005.

_____
~~J. DANIEL BREEN~~ Tu M. Pham
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6-13-05__

33

APPROVED FOR ENTRY:

*/s/ Brandon O. Gibson*  
**JAMES I. PENTECOST**  
**BRANDON O. GIBSON**  
PENTECOST, GLENN & RUDD, PLLC  
106 Stonebridge Blvd.  
Jackson, Tennessee 38305

*/s/ Gaston Fairey w/perm. Brandon O. Gibson*  
**WAYNE A. RITCHIE, II**  
**ROBERT W. RITCHIE**  
RITCHIE, FELS & DILLARD  
P.O. Box 1126  
Knoxville, Tennessee 37901-1126

**ROBERT J. WALKER**  
**MARK TIPPS**  
**JOSEPH WELBORN**  
WALKER, BRYANT, TIPPS & MALONE  
2300 One Nashville Place  
150 Fourth Avenue North  
Nashville, TN 37219-2424

COUNSEL FOR DEFENDANTS

**W. GASTON FAIREY**  
W. GASTON FAIREY, LLC  
1722 Main Street, Suite 300  
Columbia, South Carolina 29201

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by U.S. mail upon **Wayne A. Ritchie, II** and **Robert W. Ritchie**, Ritchie Fels & Dillard, P.C., P.O. Box 1126, Knoxville, TN 37901-1126 and **W. Gaston Fairey, LLC,** 1722 Main Street, Suite 300, Columbia, SC 29201 on June 9th, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: */s/ Brandon O. Gibson*  
James I. Pentecost (#011640)  
Brandon O. Gibson (#21485)  
Attorneys for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:03-CV-01232 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT